# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANIEL FERNANDEZ,                                    1:07-cv-01278 OWW TAG (HC)

              Petitioner,

                                  **ORDER AUTHORIZING**
v.                                                                       **IN FORMA PAUPERIS STATUS**

DERRAL G. ADAMS, Warden,

              Respondent.

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **September 5, 2007**                        **/s/ Theresa A. Goldner**
                                         UNITED STATES MAGISTRATE JUDGE