IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

DANIEL FERNANDEZ,                            1:07-cv-01278-OWW-TAG (HC)

       Petitioner,                          ORDER GRANTING PETITIONER'S
                                             MOTION FOR EXTENSION OF TIME TO
   vs.                                       FILE OBJECTIONS TO FINDINGS AND
                                             RECOMMENDATIONS
DERRAL G. ADAMS,
                                             (Doc. 11)
       Respondent.
                                             Deadline to file Objections to the Findings and
_____/           Recommendations: July 23, 2008

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

28 U.S.C. § 2254.  On May 30, 2008, the Court issued Findings and Recommendations

recommending that the instant petition for writ of habeas corpus be dismissed.  (Doc. 10).

Objections to the Findings and Recommendations were due by June 23, 2008.  On June 23,

2008, Petitioner filed a motion to extend the time to file objections to the Findings and

Recommendations. (Doc. 11).

     Good cause having been presented to the Court and GOOD CAUSE APPEARING

THEREFOR, IT IS HEREBY ORDERED that:

     Petitioner is granted to and including July 23, 2008 to file objections to the Findings and

Recommendations.


IT IS SO ORDERED.

Dated:   **June 27, 2008**                   **/s/ Theresa A. Goldner**
                                             UNITED STATES MAGISTRATE JUDGE