IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FERNANDEZ,<br><br>    Petitioner,<br><br>  vs.<br><br>DERRAL G. ADAMS,<br><br>    Respondent.<br>_____/ | 1:07-cv-01278-OWW-TAG-(HC)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 13) |

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 28, 2008, Petitioner filed a motion to extend time (Doc. 13) to file objections to the Magistrate Judge's findings and recommendations issued on May 30, 2008 (Doc. 10). On July 30, 2008, Petitioner filed objections to the findings and recommendations. (Doc. 14).

      Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      1. Petitioner is granted an extension of time to July 30, 2008, to file objections to the findings and recommendations;

      2. Petitioner's objections filed on July 30, 2008 are deemed timely filed; and

      3. This order is made nunc pro tunc.

IT IS SO ORDERED.

Dated:  **August 4, 2008**                                    **/s/ Theresa A. Goldner**
                                                                             UNITED STATES MAGISTRATE JUDGE