IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL FERNANDEZ,** | No. CV-F-07-1278 OWW/TAG HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION (Doc. 18) |
| vs. | |
| **DERRAL G. ADAMS,** | |
| Respondent. | |

**Petitioner's motion for reconsideration of the August 15, 2008 Order dismissing the petition for writ of habeas corpus for failure to timely comply with a court order is DENIED.**

**Petitioner's contentions were considered and rejected in the Findings and Recommendation filed on May 30, 2008 and in the August 15, 2008 Order based on Plaintiff's objections to the Findings and Recommendations.**

IT IS SO ORDERED.

**Dated:   October 7, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1