UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 09 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DANIEL FERNANDEZ,

vs.

DERRAL G. ADAMS,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:07-CV-1278 OWW/TAG HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

__X__   Granted for the following reason:

Jurists of reason could find courts ruling debatable

_____   Denied for the following reason:

Dated: 10-7-08

OLIVER W. WANGER
United States District Judge