UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FERNANDEZ,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS,<br><br>        Respondent. | 1:07-cv-01278-OWW-JLT HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT (Doc. 27)<br><br>ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 30, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the amended petition for writ of habeas corpus be dismissed for failure to comply with the Court's orders. On August 15, 2008, these Findings and Recommendations were adopted by the District Court and judgment was entered. (Docs. 16 & 17). Petitioner filed his Notice of Appeal on September 15, 2008 (Doc. 20). The District Court thereafter granted a Certificate of Appealability on October 14, 2008. (Doc. 25). On June 15, 2009, Petitioner filed the instant motion for relief from judgment. (Doc. 27). Shortly thereafter, on July 16, 2009, the United States Court of Appeals for the Ninth Circuit also granted a Certificate of Appealability. (Doc. 28). On September 28, 2009, the Ninth Circuit vacated the judgment of this Court and remanded the case for further proceedings on the petition. (Doc. 29). On that same date, this Court

1

administratively re-opened the case.

Because the order of the Ninth Circuit vacated the judgment and this Court subsequently re-opened the case for further proceedings, the relief Petitioner sought has already been granted. Accordingly, Petitioner's motion for relief from judgment is now moot.

## **ORDER**

For the foregoing reasons, it is HEREBY ORDERED as follows:

1. Petitioner's motion for relief from judgment (Doc. 27), is DENIED as MOOT; and,
2. The case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:　February 2, 2010**　　　　　　　　／s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE